Certificate Number: 12433-LAM-DE-013346354

Bankruptcy Case Number: 10-11884



12433-LAM-DE-013346354

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 19, 2010</u>, at <u>7:07</u> o'clock <u>AM PST</u>, <u>Randy Jay Blanchard</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Louisiana</u>.

Date: <u>December 19, 2010</u>   By: <u>/s/Claire Belford</u>

Name: <u>Claire Belford</u>

Title: <u>Counselor</u>