# Notice Recipients

| | | |
|---|---|---|
| District/Off: 053N–3 | User: dmas | Date Created: 2/24/2011 |
| Case: 10–11884 | Form ID: B18 | Total: 37 |

**Recipients of Notice of Electronic Filing:**
tr      Dwayne M. Murray      trustee1@murraylaw.net
aty      Derren S. Johnson      derrenjohnson@aol.com

                                                                                                                                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| ID | Name | Address |
|---|---|---|
| db | Randy Jay Blanchard | 4724 Richmond Dr.    Ethel, LA 70730 |
| 1387908 | Acadian Ambulance | P.O. Box 98000    Lafayette LA 70509 |
| 1391130 | Acadian Ambulance | c\o Louisiana Recovery Services    1304 Bertrand Dr Ste F4    Lafayette LA 70506–9106 |
| 1387909 | Baton Rouge General | 3600 Florida Blvd.    Baton Rouge LA 70806 |
| 1387910 | CMMedical Services | c/o Franklin Collection Services    2978 W. Jackson St.    Tupelo MS 38801 |
| 1387912 | CSD Collections | P.O. Box 64828    Baton Rouge LA 70896 |
| 1387911 | Chase | P.O. Box 94014    Palatine IL 60094 |
| 1387913 | Direct Management, Inc. | 4320 Downtowner Loop S    Suite A    Mobile AL 36609 |
| 1387935 | District Counsel | Internal Revenue Service    P.O. Box 21126    Philadelphia PA 19114–0326 |
| 1387914 | ER Doctors at Lane Memorial Hospital | 6300 Main Street    Zachary LA 70791 |
| 1387915 | First Premier Bank | 601 S. Minnesota Ave.    Sioux Falls SD 57104 |
| 1387936 | Internal Revenue Service | 1555 Poydras St. Suite 220    Stop 31    New Orleans LA 70112 |
| 1387916 | LA Emergency &Trauma Specialists | c/o CSD Collections    9544 Fenway Ave.    Baton Rouge LA 70809 |
| 1387937 | La. Dept. of Revenue | P.O. Box 66658    Baton Rouge LA 70896 |
| 1387917 | Lane Memorial Hospital | 6300 Main Street    Zachary LA 70791 |
| 1387918 | Louisiana Recovery | 1304 Bertrand Dr. Suite F4    Lafayette LA 70506 |
| 1387919 | Nationwide Recovery Services | 545 Inman St.    Cleveland TN 37311 |
| 1387920 | North Oaks Health Systems | P.O. Box 2668    Hammond LA 70404 |
| 1387921 | Pathology | c/o Southern Credit Recovery    3228 6th St., #201    Metairie LA 70002 |
| 1387922 | Pioneer Credit Company | P.O. Box 65046    Baton Rouge LA 70896 |
| 1387923 | Ponchartrain ER | 1401 Hwy 190    Mandeville LA 70448 |
| 1387924 | Receivable Recovery Services | 110 Veterans Blvd.    Suite 445    Metairie LA 70005 |
| 1387925 | Santa Barbara Bank &Trust | Pacific Capital Bank, NA    P.O. Box 1390    Solana Beach CA 92075 |
| 1387926 | Scheer, Green &Burke Co. | P.O. Box 1335    Toledo OH 43603 |
| 1387927 | Sheridan Emergency Physicians | 1613 N. Harrison Pkwy.    #200    Fort Lauderdale FL 33323 |
| 1387928 | Southern Credit Recovery | P.O. Box 8710    Metairie LA 70011 |
| 1387929 | Telerecovery | P.O. Box 641090    Kenner LA 70064 |
| 1387930 | United Collection Services, Inc. | 106 Commerce Street    Suite 104    Lake Mary FL 32746 |
| 1387931 | United Collection Services, Inc. | 106 Commerce Street    Suite 106    Lake Mary FL 32746 |
| 1387938 | United States Attorney | 777 Florida Street    Suite 208    Baton Rouge LA 70801 |
| 1387939 | United States Trustee | Texaco Center    400 Poydras St. Suite 2110    New Orleans LA 70130 |
| 1387932 | Vinci Oral &Facial Surgery | 7225 Jefferson Hwy    Baton Rouge LA 70806 |
| 1387933 | West Feliciana Parish Hospital | 5266 Commerce St.    Saint Francisville LA 70775 |
| 1391131 | West Feliciana Parish Hospital | c\o Louisiana Recovery Services    1304 Bertrand Dr Ste F4    Lafayette LA 70506–9106 |
| 1387934 | West Jefferson Physician Services | 3909 Lapalco Blvd.    Suite 100    Harvey LA 70058 |

                                                                                                                                                                    TOTAL: 35