UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:

RANDY BLANCHARD
DEBTOR

PIONEER CREDIT, INC.
MOVER

CASE NUMBER

10-11884

CHAPTER 7

## WITHDRAWAL OF PROOF OF CLAIM

Pioneer Credit, Inc., through undersigned counsel respectfully represents:

1.

Pioneer Credit, Inc. filed two proofs of claim in the above captioned matter.

2.

Pioneer Credit, Inc. would like to withdrawal claim #7, claim #6 was previously filed on behalf of Pioneer Credit, Inc..

WHEREFORE, PIONEER CREDIT, INC. PRAYS, that claim #7 be deemed withdrawn.

Respectfully submitted,
RICHARD D. BANKSTON
Attorney for Mover
335 S. Acadian Thrwy.
Baton Rouge, LA 70806
Telephone: (225) 346-1999

Richard D. Bankston